**[J-46-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


IN RE: NOMINATION PETITIONS OF : No. 12 MAP 2018
MALLORY B. SCOTT, CANDIDATE IN :
THE DEMOCRATIC PRIMARY FOR THE : Appeal from the Order of the
127TH STATE LEGISLATIVE DISTRICT : Commonwealth Court at No. 146 M.D.
: 2018 dated March 29, 2018.
:
APPEAL OF: MALLORY B. SCOTT : SUBMITTED: April 13, 2018


## ORDER


**PER CURIAM**                                         **DECIDED: April 23, 2018**

**AND NOW,** this 23rd day of April, 2018, the order of the Commonwealth Court is

**AFFIRMED.**